43,126-01

IN THE COURT OF CRIMINAL OF APPEALS

FOR THE 52nd DISTRICT COURT OF CORYELL

COUNTY TEXAS  No. FO-11-20797

_____

STEVEN BARKER          &    IN THE 52nd DISTRICT COURT
Relator                &
                       &    OF CORYELL COUNTY TEXAS.
V.                     &
THE STATE OF TEXAS     &

RECEIVED IN
COURT OF CRIMINAL APPEALS

APR 13 2015

Abel Acosta, Clerk

MOTION FOR LEAVE
ON WRIT OF MANDAMUS

To The Honorable Judges of Above Court:

Now Comes Relator to make pleadings to the honorable Judges of Court on motion for Leave and respectfully ask the honorabe Judges to order The District Clerk to respond to my 11.07 writ of habeas Corpus filed on December 15th 2014 and to transmit any answers and recommendations and remand to the Judges of this Court please, more than a 120 days has lapse without any respond from the District Clerk on previously unre solved Controverted issues to the Legality of my Confinement due to a unintelligent plea tied to a Constitutional error at trial on the offense of aggravated kidnapping resulted in me getting Life in prison. and Relator Cite see Brown v. Johnson, 224 F.3d. 461 (5th Cir. 2000). The Court of Appeals Wiener Circuit Judge held that (1) District Court failed to provide an adequate evidentiary hearing with respect to the petitioner Claims. reversed and remanded.

(1)

## PRAYER FOR RELIEF

Now Comes Relator to make pleading to the honorable Judges on motion for leave and respectfully ask the Judges of this Court to order the District Clerk to respond to pending 611.07 writ of habeas Corpus and transmit any answers and recommendations to the Judges of this Court. In Light of Brown v. Johnson. Cite as 224 F. 3d 461 (5TH Cir. 2000).

In making this determination of Course a document file pro se is to be Liberally Contrued and a pro se Complaint however inartfully pleaded must be to less stringent Standards than formal pleading drafted by Lawyers. Erickson v. pardus. 551 U.S. 89, 94 (2007).

_____

I declar or Certify, vertify or state under penalty of perjury that the foregoing is true and Correct and that this motion for Leave was placed in the prison System on _____ 2015.

Signed by Relator  Steven Barker #1779451
PRO SE. Steven Barker #1779451

William P. Clements Unit

9601 Spur-591

Amarillo, Texas, 79107-9606

(2)

IN THE COURT OF CRIMINAL OF APPEALS
FOR THE 52 DISTRICT COURT OF CORYELL
COUNTY TEXAS NO. FO-11-20797

STEVEN BARKER          &     IN THE 52nd DISTRICT COURT
Relator                &
                       &     OF Coryell COUNTY TEXAS.
V.                     &
HE STATE OF TEXAS      &

WRIT OF MANDAMUS

To The Honorable Judges OF Above Court:

Bu Comes Relator to make pleadings to the honorable Judges of Court due to previously Controverted Unresolved issues to the Legality of the relator at this time I will show more than 90 days has lapse no re spond from the District Clerk on my 11.07 writ of habeas Corpus. I Relator is serving Life in prison and wrongly pled guilty to the offense of aggravated kidnapping on a enhancement paragraph and Cited The supreme Court Ruling Bousley v. U.S. Cite as. 118 S.Ct. 1604 (1998) due to actual innocence and an unintelligent guilty plea Caused me to be sentenced to Life in prison after I was under duress and mis ed by my attorney at trial Stephen Lee Baker who wrongly mis d me to plead and I would have insisted on going to trial. respect ully submitted to the honorable Judges of above Court.

(1)

## PRAYER FOR RELIEF

Now Comes Relator to make pleading to the honorable Judges on writ mandamus and now ask the honorable Judges of this Court to order the District Clerk to answer pending writ of habeas Corpus filed December 15th 2015, in Coryell County Texas Respectfully Submitted.

In making this determination of Course a document file prose is to be liberally contrued and a prose Complaint, however inartfully pleaded must be held to less stringent Standard than formal pleading drafted by Lawyers. Erickson v. pardus. 551 U.S. 89, 94 (2007).

I declare or Certify, vertify, or state under penalty of perjury that the foregoing is true and Correct and that this motion of writ of mandamus was placed in the prison mailing System on _____ 2015.

Sign by Relator. _Steven Barker_ #1779451
PRO SE STEVEN BARKER #1779451
William P. Clements Unit
9601 Spur-591
Amarillo, Texas, 79107

(2)